[No. 16073-4-III.    Division Three.    April 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GUADALUPE ALVARO TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01646-0, Stephen M. Brown, J., entered December 20, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 16819-1-III.    Division Three.    April 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE OLIVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-00128-1, Michael W. Leavitt, J., entered July 28, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.

[No. 17678-9-III.    Division Three.    April 20, 1999.]

*In the Matter of the Marriage of* ANTHONY SOIGNOLI, *Respondent*, and LILLIAN MARIE SOIGNOLI, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 97-3-03038-7, Philip W. Borst, J., entered June 22, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.

[No. 16540-0-III.    Division Three.    April 22, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. PATRICK VERNON MCCREADY, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 96-1-50167-0, Philip M. Raekes, J., entered March 4, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.